UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  AU:25-CR-00241(1)-ADA |
| (1) CRUZ MOLINA-MONTECILLO | § | |

**ORDER**

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 8, 2025, wherein the defendant (1) CRUZ MOLINA-MONTECILLO waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) CRUZ MOLINA-MONTECILLO to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (1) CRUZ MOLINA-MONTECILLO's plea of guilty to Count One (1) is accepted.

      Signed this 29th day of May, 2025.

                                                                      _____
                                                                       ALAN D ALBRIGHT
                                                                       UNITED STATES DISTRICT JUDGE